UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ERNESTO L. RIVERA, JR., : | |
|    *Plaintiff* : | |
| : | CIVIL NO.: 3:21-cv-01209 (AWT) |
| v. : | |
| : | |
| THE HARTFORD AUTO GROUP, INC., : | |
| TEAM AUTO GROUP, LLC, and : | |
| TEAM IMPORTS,LLC : | |
|    *Defendant* : | DECEMBER 2, 2021 |

## PLAINTIFF'S ANSWER TO
## DEFENDANT'S COUNTERCLAIMS

Plaintiff, Ernesto L. Rivera, Jr., hereby answers the Counterclaims filed by the Defendants Team Auto Group, LLC and Team Imports, LLC, dated November 2, 2021, as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied.

7. Denied.

8. Counterclaim Defendant lacks knowledge of information sufficient to form a belief as to the allegations set forth in paragraph 8, and accordingly leaves Counterclaim Plaintiffs to their proof.

1

9. Counterclaim Defendant lacks knowledge of information sufficient to form a belief as to the allegations set forth in paragraph 9, and accordingly leaves Counterclaim Plaintiffs to their proof.

**COUNT ONE:** **Breach of Fiduciary Duty**

10. Counterclaim Defendant reiterates in response to Paragraphs 1 through 9 of the Complaint as if fully set forth herein as its response to paragraphs 1 through 9 of Count One.

11. Counterclaim Defendant lacks knowledge of information sufficient to form a belief as to the allegations set forth in paragraph 11, and accordingly leaves Counterclaim Plaintiffs to their proof.

12. Counterclaim Defendant lacks knowledge of information sufficient to form a belief as to the allegations set forth in paragraph 12, and accordingly leaves Counterclaim Plaintiffs to their proof.

13. Counterclaim Defendant denies the truth of the allegations set forth in paragraph 13, and accordingly leaves Counterclaim Plaintiffs to their proof.

14. Counterclaim Defendant denies the truth of the allegations set forth in paragraph14, and accordingly leaves Counterclaim Plaintiffs to their proof.

**COUNT TWO:** **Breach of Duty of Loyalty**

15. Counterclaim Defendant reiterates in response to Paragraphs 1 through 14 of the Complaint as if fully set forth herein as its response to paragraphs 1 through 14 of Count Two.

16. Counterclaim Defendant lacks knowledge of information sufficient to form a belief as to the allegations set forth in paragraph 16, and accordingly leaves Counterclaim Plaintiffs to their proof.

17. Counterclaim Defendant lacks knowledge of information sufficient to form a belief as to the allegations set forth in paragraph 17, and accordingly leaves Counterclaim Plaintiffs to their proof.

18. Counterclaim Defendant denies the truth of the allegations set forth in paragraph18, and accordingly leaves Counterclaim Plaintiffs to their proof.

19. Counterclaim Defendant denies the truth of the allegations set forth in paragraph19, and accordingly leaves Counterclaim Plaintiffs to their proof.

**COUNT THREE**:     **Faithless Servant**

20. Counterclaim Defendant reiterates in response to Paragraphs 1 through 19 of the Complaint as if fully set forth herein as its response to paragraphs 1 through 19 of Count Three.

21. Counterclaim Defendant lacks knowledge of information sufficient to form a belief as to the allegations set forth in paragraph 21, and accordingly leaves Counterclaim Plaintiffs to their proof.

22. Counterclaim Defendant lacks knowledge of information sufficient to form a belief as to the allegations set forth in paragraph 22, and accordingly leaves Counterclaim Plaintiffs to their proof.

23. Counterclaim Defendant lacks knowledge of information sufficient to form a belief as to the allegations set forth in paragraph 23, and accordingly leaves Counterclaim Plaintiffs to their proof.

24. Counterclaim Defendant denies the truth of the allegations set forth in paragraph 24, and accordingly leaves Counterclaim Plaintiffs to their proof.

25. Counterclaim Defendant denies the truth of the allegations set forth in paragraph 25, and accordingly leaves Counterclaim Plaintiffs to their proof.

26. Counterclaim Defendant denies the truth of the allegations set forth in paragraph 26, and accordingly leaves Counterclaim Plaintiffs to their proof.

27. Counterclaim Defendant denies the truth of the allegations set forth in paragraph 27, and accordingly leaves Counterclaim Plaintiffs to their proof.

**COUNT FOUR:** **Tortious Interference with Prospective Economic Advantage**

28. Counterclaim Defendant reiterates in response to Paragraphs 1 through 27 of the Complaint as if fully set forth herein as its response to paragraphs 1 through 27 of Count Four.

29. Counterclaim Defendant lacks knowledge of information sufficient to form a belief as to the allegations set forth in paragraph 29, and accordingly leaves Counterclaim Plaintiffs to their proof.

30. Counterclaim Defendant lacks knowledge of information sufficient to form a belief as to the allegations set forth in paragraph 30, and accordingly leaves Counterclaim Plaintiffs to their proof.

31. Counterclaim Defendant lacks knowledge of information sufficient to form a belief as to the allegations set forth in paragraph 31, and accordingly leaves Counterclaim Plaintiffs to their proof.

32. Counterclaim Defendant denies the truth of the allegations set forth in paragraph 32, and accordingly leaves Counterclaim Plaintiffs to their proof.

33. Counterclaim Defendant denies the truth of the allegations set forth in paragraph 33, and accordingly leaves Counterclaim Plaintiffs to their proof.

                              THE PLAINTIFF
                              COUNTERCLAM DEFENDANT,
                              ERNESTO L. RIVERA, JR.

                              By: _/s/ *Megan L Michaud*_
                              Megan L Michaud, Esq. (ct28813)
                              CICCHIELLO & CICCHIELLO, LLP
                              364 Franklin Avenue
                              Hartford, Connecticut 06114
                              Tel: (860) 296-3457
                              Fax: (860) 296-0676
                              Email: mmichaud@cicchielloesq.com

**CERTIFICATION OF SERVICE**

I hereby certify that on December 2, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ *Megan L Michaud*
Megan L Michaud (ct28813)